## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : INDICTMENT |
| v. | : CRIMINAL NO. 1:25-CR 21 |
| **TAMI FINCHER,** | : VIOLATION(S): |
| Defendant. | : 18 U.S.C. § 666(a)(1)(A) <br> : 18 U.S.C. § 981(a)(1)(C) <br> : 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (FEDERAL PROGRAM THEFT)

That from on or about January 3, 2021, to on or about December 30, 2021, in the Albany Division of the Middle District of Georgia, the Defendant,

**TAMI FINCHER,**

being an agent of the City of Edison, an organization and agency that, during calendar year 2021, received benefits in excess of $10,000 under a federal program involving a grant, contract, subsidy, loan, guarantee, insurance, and other form of federal assistance, did knowingly and intentionally embezzle, steal, and obtain by fraud, and, without authority, did knowingly convert to the use of a person other than the rightful owner, and intentionally misapply property worth at least $5,000, namely, through the misuse of the City of Edison's credit card, which was owned by and under the care, custody, and control of the City of Edison. All in violation of Title 18, United States Code, Section, 666(a)(1)(A).

## COUNT TWO
## (FEDERAL PROGRAM THEFT)

That from on or about January 3, 2022, to on or about December 27, 2022, in the Albany Division of the Middle District of Georgia, the Defendant,

**TAMI FINCHER,**

being an agent of the City of Edison, an organization and agency that, during calendar year 2022, received benefits in excess of $10,000 under a federal program involving a grant, contract, subsidy, loan, guarantee, insurance, and other form of federal assistance, did knowingly and intentionally embezzle, steal, obtain by fraud, and, without authority, did knowingly convert to the use of a person other than the rightful owner, and intentionally misapply property worth at least $5,000, namely, through the misuse of the City of Edison's credit card, which was owned by and under the care, custody, and control of the City of Edison. All in violation of Title 18, United States Code, Section, 666(a)(1)(A).

## COUNT THREE
## (FEDERAL PROGRAM THEFT)

That from on or about January 1, 2023, to on or about December 15, 2023, in the Albany Division of the Middle District of Georgia, the Defendant,

**TAMI FINCHER,**

being an agent of the City of Edison, an organization and agency that, during calendar year 2023, received benefits in excess of $10,000 under a federal program involving a grant, contract, subsidy, loan, guarantee, insurance, and other form of federal assistance, did knowingly and intentionally embezzle, steal, obtain by fraud, and, without authority, did knowingly convert to the use of a person other than the rightful owner, and intentionally misapply property worth at least $5,000, namely, through the misuse of the City of Edison's credit card, which was owned by and under

the care, custody, and control of the City of Edison. All in violation of Title 18, United States Code, Section, 666(a)(1)(A).

## COUNT FOUR
### (FEDERAL PROGRAM THEFT)

That from on or about January 5, 2023, to on or about July 13, 2023, in the Albany Division of the Middle District of Georgia, the Defendant,

**TAMI FINCHER,**

being an agent of the City of Edison, an organization and agency that, during calendar year 2023, received benefits in excess of $10,000 under a federal program involving a grant, contract, subsidy, loan, guarantee, insurance, and other form of federal assistance, did knowingly and intentionally embezzle, steal, obtain by fraud, and, without authority, did knowingly convert to the use of a person other than the rightful owner, and intentionally misapply property worth at least $5,000, namely, through the false inflation of her payroll, which was owned by and under the care, custody, and control of the City of Edison. All in violation of Title 18, United States Code, Section, 666(a)(1)(A).

## FORFEITURE NOTICE
(18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c) – Criminal Forfeiture)

1. The allegations contained in Counts One through Four of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense(s) in violation of Title 18, United States Code, Section 666(a)(1)(A), set forth in Counts One through Four of this Indictment, the defendant,

**TAMI FINCHER,**

shall forfeit to the United States of America any property, real or personal, which constitutes, or is derived from, or is traceable to the proceeds obtained directly or indirectly from the commission of said violation(s) including, but not limited to a money judgment in an amount to be determined.

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon exercise of due diligence;

(b) has been transferred, sold to or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c) through Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

WILLIAM R. KEYES
UNITED STATES ATTORNEY

Presented By:

*[signature]* / VH
Veronica Hansis
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 18 day of NOV, AD 2025.

*C. Alston*
Deputy Clerk