# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: 1:25-CR-21 (LAG)(ALS) |
| TAMI FINCHER, | : |
| Defendant. | : |

## **ORDER**

Before the Court is Defendant Tami Fincher's Unopposed Motion to Continue Trial (Motion). (Doc. 15). Therein, Defendant moves to continue the pretrial conference and trial in this matter, currently set for January 7, 2026, and February 9, 2026, respectively. (*Id.* at 1; Doc. 14).

On November 18, 2025, Defendant Tami Fincher was charged with four counts of federal program theft in violation of 18 U.S.C. § 666(a)(1)(A), 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c). (Doc. 1). Defendant made her initial appearance on December 10, 2025, pleaded not guilty, and was released on bond pending trial. (Docs. 8, 10, 11). Defendant filed the subject Motion on January 7, 2026. (Doc. 15). Therein, Defendant represents that additional time is necessary to review discovery, consider any appropriate pretrial motions and prepare a proper defense for trial. (*Id.* at 4). The Government does not oppose Defendant's Motion. (*Id.* at 6).

Upon due consideration, the Court finds that the "ends of justice served by the granting of [a] continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Specifically, the Court finds that failing to grant a continuance would result in a miscarriage of justice and deny Defendant's Counsel the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(i), (iv). Accordingly, Defendant's Motion (Doc. 15) is **GRANTED**, and the delay occasioned by

2

this continuance shall be deemed **EXCLUDABLE** pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is hereby **ORDERED** that the pretrial conference and trial in the above-captioned matter shall be **CONTINUED** to a date to be determined later. The deadlines in the Court's December 12, 2025 Scheduling Order (Doc. 14) are hereby terminated, and a new scheduling order will be forthcoming.

**SO ORDERED**, this 7th day of January, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**