**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | |
| v. | : | CASE NO.: 1:25-CR-21 (LAG)(ALS) |
| | : | |
| TAMI FINCHER, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## <u>ORDER</u>

Before the Court is Defendant Tami Fincher's Amended Unopposed Motion to Continue Trial (Motion). (Doc. 23). Therein, Defendant Fincher, unopposed by the Government, moves to continue the pretrial conference and trial in this matter, currently set for April 15 and May 18, 2026, respectively. (*Id*.; Doc. 17).

On November 18, 2025, Defendant Fincher was charged in a four-count indictment for federal program theft in violation of 18 U.S.C. § 666(a)(1)(A), 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c). (Doc. 1). Defendant was arraigned on December 10, 2025, entered a not guilty plea, and was released on bond pending trial. (Docs. 8, 10, 11). On January 7, 2026, Defendant filed a motion to continue requesting additional time to review discovery, consider appropriate pretrial motions, and prepare a proper defense for trial. (Doc. 15). The Court granted the request and continued this matter on January 7, 2026. (Doc. 16). On April 8, 2026, Defendant Fincher filed this Motion. (Doc. 23). Defendant Fincher seeks a continuance to review discovery, consider appropriate pretrial motions, and prepare a proper defense. (*Id.* ¶ 4). Defense counsel notes he "does not anticipate requesting any additional continuances of the trial." (*Id.* at 2 n. 3).

Upon due consideration, the Court finds that the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Specifically, the Court finds that failing to grant a continuance would result in a miscarriage of justice and deny Defendant's

Counsel the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(i), (iv). Accordingly, Defendant Fincher's Motion (Doc. 23) is **GRANTED**, and the delay occasioned by this continuance shall be deemed **EXCLUDABLE** pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

Defendant's Unopposed Motion to Continue Trial (Doc. 22) is considered **MOOT**.

It is hereby **ORDERED** that the pretrial conference and trial in the above-captioned matter shall be **CONTINUED** to a date to be determined. The deadlines in the Court's January 8, 2026 Scheduling Order (Doc. 17) are hereby terminated, and a new scheduling order will be forthcoming.

**SO ORDERED**, this 9th day of April, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**